1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:    (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA              NO. CV15-01976 SLM
11
                  Plaintiff,
12       v.                               **JUDGMENT ON DEFAULT**

13  CAROLYN HIGGS
    aka CAROLYN G. HIGGS
14  aka CAROLYN GRACE HIGGS
    aka CAROLYN HITTS,
15
                  Defendant.
16  _____/

17       In the above entitled action, the defendant CAROLYN HIGGS aka CAROLYN G.

18  HIGGS aka CAROLYN GRACE HIGGS aka CAROLYN HITTS having been duly served

19  with the Summons and a copy of the Complaint in the action, and the defendant having

20  failed to appear, answer, plead, or otherwise defend in the action within the time allowed by

21  law, or at all, and default having been duly entered; and it further appearing that plaintiff's

22  claim against the defendant is for a sum certain and for interest which can by computation

23  be made certain and for costs; and it further appearing that a declaration on behalf of the

24  plaintiff required by Rule 55 has been filed, setting forth the amounts due plaintiff from said

25  defendant in accordance with the prayer of the Complaint, and also setting forth that

26  defendant is not an infant or incompetent person or in the military service of the United

27  States within the meaning of the Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501

28  *et. seq.*] (formerly the Soldiers' and Sailor's Civil Relief Act of 1940), or otherwise entitled to

1  the benefits of said Act, and praying that Judgment  be entered herein.
2      NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,
3      IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of
4  and from the defendant, CAROLYN HIGGS aka CAROLYN G. HIGGS aka CAROLYN
5  GRACE HIGGS aka CAROLYN HITTS, the sum of $4,603.56 as principal, interest,
6  attorney fees, and costs, plus interest in the amount of $0.25 per day from June 15, 2015,
7  to the date of entry of the judgment, plus post judgment interest thereafter at the current
8  legal rate per annum, pursuant to the provisions of 28 USC Sec. 1961(a) which will be
9  compounded annually pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment
10 is herewith entered accordingly.

12 JUDGMENT ENTERED:   6/16/2015



RICHARD W. WIEKING, Clerk
UNITED STATES DISTRICT COURT

_____
Deputy Clerk  Mark Romyn

JUDGMENT ON DEFAULT     2